# MARZEC LAW FIRM, P.C.

DARIUS A. MARZEC IS LICENSED TO PRACTICE LAW IN:  NEW YORK
NEW JERSEY • CONNECTICUT • MASSACHUSETTS • PENNSYLVANIA
WASHINGTON, D.C. • ILLINOIS • FLORIDA • CALIFORNIA • HAWAII

**BROOKLYN OFFICE**
776A Manhattan Ave., Ste 104
Brooklyn, NY 11222
Phone:  (718) 609-0303
Facsimile (718) 841-7508
dmarzec@marzeclaw.com

**Via ECF**

December 28, 2022

Honorable James R. Cho
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    **Zimnicki et al., vs. Krysiak Construction Corp., et al.**
       **Case No.: 21-cv-04634 (RPK) (JRC)**

Dear Magistrate Judge Cho:

This office represents Plaintiffs KAROL ZIMNICKI and DAWID ZIMNICKI ("Plaintiffs") in the above-referenced matter. Pursuant to Section F(4) of Your Honor's Individual Practices and Local Civil Rules 37(a)(1) and 37.3(c), we submit this joint letter motion pursuant to this Court's Minute Order, entered on December 7, 2022 ("Order"), granting in part and denying in part Plaintiffs' Motion to Compel (Dkt. Doc. No. 37) and this Court's Order dated December 22, 2022 extending the deadline to December 28, 2022, for submitting revised final Notice and Consent and Reminder Notice forms (hereinafter collectively "Notices") for Court approval and modified its prior Order (Dkt. Doc. No. 33) to allow dissemination via text message of the Notices to five of the twelve prospective opt-in plaintiffs. As directed by the Court's Order, we met-and-conferred with Brian J. Shenker, Esq., Jackson Lewis P.C., counsel for Defendants, KRYSIAK CONSTRUCTION CORP. ("Corporate Defendant"), BOGUSLAWA KRYSIAK, MAREK WUJCIK, and ARKADIUSZ MAKOWSKI ("Individual Defendants") (collectively "Defendants") by email and phone to reach agreement on the final versions of the Notices and text message to the five prospective opt-in collective class members. All three revised notice forms along with the proposed text message are attached hereto for approval by Your Honor.

Accordingly, the parties respectfully request that the Court approve the three (3) enclosed Notices and one text message which will be served upon five (5) prospective collective class members and the Notices only upon seven (7) prospective collective class members by first-class mail at the addresses provided by Defendants' counsel.

Respectfully,

/s/ *Darius A. Marzec*
Darius A. Marzec, Esq.

/s/ *Brian J. Shenker*
Brian J. Shenker, Esq.
Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, NY 11747