# MARZEC LAW FIRM, P.C.

**DARIUS A. MARZEC IS LICENSED TO PRACTICE LAW IN: NEW YORK**
**NEW JERSEY • CONNECTICUT • MASSACHUSETTS • PENNSYLVANIA**
**WASHINGTON, D.C. • ILLINOIS • FLORIDA • CALIFORNIA • HAWAII**

**BROOKLYN OFFICE**
776A Manhattan Ave., Ste 104
Brooklyn, NY 11222
Phone: (718) 609-0303
Facsimile (718) 841-7508
dmarzec@marzeclaw.com

---

**Via ECF**

December 27, 2023

Honorable James R. Cho
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  **Zimnicki et al., vs. Krysiak Construction Corp., et al.**
     **Case No.: 21-cv-04634 (RPK) (JRC)**

Dear Magistrate Judge Cho:

This office represents Plaintiffs in the above-referenced matter. On December 28, 2022, counsel filed a joint letter motion pursuant to this Court's Order, dated December 22, 2022, extending the deadline to December 28, 2022 for submission of revised Notice and Consent and Reminder Notice forms for Court approval (hereinafter collectively "Notices"). The Court also modified its prior Order (Dkt. Doc. No. 33) to allow Notices to be sent via text message to five of the twelve prospective opt-in plaintiffs and to seven prospective collective class members by first-class mail at the addresses provided by Defendants' counsel. As of the date of this letter, the Court has not ruled on the parties' joint letter motion (Dkt. Doc. No. 44). The proposed text message and Notices are enclosed.

Undersigned counsel emailed a copy of this letter to Defendants' counsel who replied, "Defendants very much object to Plaintiffs filing this letter jointly, as well as on behalf of Plaintiffs only." No response to undersigned counsel's email in reply was received from Defendants' counsel as of the filing of this letter. Accordingly, Plaintiffs respectfully request that the Court grant the motion and approve the Notices and text message.

Respectfully,

*/s/ Jerome Noll*

Jerome Noll, Esq.

CC:    Brian J. Shenker, Esq. (via ECF)

This text message is authorized by the United States District Court for the Eastern District of New York because we do not have your mailing address. This text contains an attached notice that you should review. This case involves an alleged nonpayment of wages and overtime wages under the Fair Labor Standards Act. Defendants deny violating the Fair Labor Standards Act or any other law. The Court has not decided who is right or wrong. The Court has granted conditional certification of a collective class allowing other Krysiak Construction Corp. workers the opportunity to join this case. If you decide to participate, you may be entitled to a judgment for unpaid wages and other damages. A Notice about the action is attached herein. If you would like to discuss participating in this action, please call the Plaintiffs' counsel, Darius A. Marzec, Esq., at (718) 609-0303 to provide an address where we can send you the Notice as well as the Consent to Join forms. If you prefer, you can also respond to this text message with your mailing address only. We would need to get your mailing address to send you a hard copy of the forms that you can sign and return to join the lawsuit.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KAROL ZIMNICKI and DAWID ZIMNICKI
individually and on behalf of all other persons similarly
situated,

                       Plaintiffs,

        - against -

KRYSIAK CONSTRUCTION CORP., BOGUSLAWA
KRYSIAK, MAREK WUJCIK, and ARKADIUSZ
MAKOWSKI.

                    Defendants.
----------------------------------------------------------------X

Case No.: 1:21-cv-04634 (RPK) (JRC)

## NOTICE OF LAWSUIT. YOUR LEGAL RIGHTS MAY BE AFFECTED

      If you worked as construction worker for KRYSIAK CONSTRUCTION CORP. ("Corporate Defendant") at any time between August 17, 2018, through the present, please read this Notice.

### THIS IS NOT A SOLICITATION FROM A LAWYER.

- Plaintiffs KAROL ZIMNICKI and DAWID ZIMNICKI (collectively "Plaintiffs") are former employees of the Corporate Defendant.

- Plaintiffs brought a lawsuit against Defendants on behalf of themselves and other current and former employees of the Corporate Defendant claiming, among other things, that they have not received all of the compensation that they are owed from Corporate Defendant and that Corporate Defendant failed to pay them overtime wages for all hours worked, in violation of the federal Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"). Corporate Defendant denies the claims in this lawsuit.

- The Court has permitted the parties to this lawsuit to send out this Notice. The Court has not decided who is right or who is wrong.

- Your legal rights may be affected, and you now have a choice to make.

1

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
| --- | --- |
| ASK TO BE INCLUDED | If you choose to be included in this collective action, you must complete the Consent form at the end of this Notice. If you choose to join this lawsuit, you may then share in any proceeds from a settlement or judgment if those bringing the claims are successful and will be bound by any ruling, settlement, or judgment whether favorable or unfavorable. You give up any rights to separately sue the Corporate Defendant for the same legal claims asserted in this lawsuit. |
| DO NOTHING | By doing nothing, you will not be included in this lawsuit and you will not share in any proceeds from a settlement or judgment if those bringing the claims are successful, but you will maintain any right you have to separately sue the Corporate Defendant. If you choose not to join this lawsuit, you will not be bound by any ruling, settlement, or judgment whether favorable or unfavorable. |

Below are answers to some of the questions you may have.

### 1. Why did I get this Notice?

You are getting this Notice because the Corporate Defendant's records show that you may have worked for them at some point between August 17, 2015, through the present. This Notice explains that the Court has authorized Plaintiffs to proceed with a collective action lawsuit under the FLSA and the NYLL.

### 2. What is a collective action and who is involved?

In a collective action lawsuit, one or more persons brings a lawsuit on behalf of others who have similar claims under the FLSA. The individuals who brought this lawsuit are called the Plaintiffs. The corporate entity (Krysiak Construction Corp.) and individuals (Boguslawa Krysiak, Marek Wujcik and Arkadiusz Makowski) who are being sued are called the Defendants.

### 3. What is this collective action lawsuit about?

Plaintiffs allege that Corporate Defendant's compensation practices violated federal and New York law. Plaintiffs claim that they were not compensated for hours worked over forty (40) hours a week at a rate of pay of one and a half times the regular hourly rate. Plaintiffs claim that they and others who worked for Corporate Defendant are entitled to unpaid wages, overtime wages, liquidated damages, attorneys' fees and costs.

### 4. What is the purpose and effect of this notice?

This Notice is for the sole purpose of determining those persons who wish to be involved in this case. If you choose to join this lawsuit, you may share in any settlement or judgement if the

Plaintiffs are successful, and will be bound by any ruling, settlement, or judgment whether favorable or unfavorable. There is no guarantee that money or benefits will ever be obtained in this action.

### 5. How do I join this collective action lawsuit?

To participate in this lawsuit, you need to read, fill out, and sign the enclosed "Consent to Join Lawsuit" form ("Consent to Join") and mail it in the enclosed, postage-paid envelope to Plaintiffs' attorneys. Should the enclosed envelope be lost or misplaced, the Consent to Join form can be sent to:

Clerk of Court
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

The signed Consent to Join must be postmarked no later than 60 days from mailing of this notice. If your signed Consent to Join is not sent within 60 days from the mailing of this notice, you may not be allowed to participate in this lawsuit.

### 6. If I choose to joint this lawsuit, will I have to participate in any legal proceeding?

If you choose to join this lawsuit, you will likely be required to provide information and answer questions relating to your employment with the Corporate Defendant. You may be required to testify at a deposition or at trial, respond to written questions, and produce documents relevant to the case. For this reason, if you join the lawsuit, you should preserve all documents currently in your possession relating to your employment with the Corporate Defendant. Plaintiffs' attorneys will assist you with those requirements.

### 7. What if I do nothing at all?

If you do nothing, you will not be included in this lawsuit and you will not be affected by any settlement or judgment rendered in this case, whether favorable or unfavorable. The statute of limitations period on your claim will continue to run.

### 8. Can I participate in this collective action lawsuit regardless of my immigration status?

Yes. You have a right to participate in this action regardless of your immigration status.

### 9. Can I participate in this collective action if I signed a release of my claims in order to obtain compensation?

Yes. If you signed a release of claims at any time from August 17, 2021, to the present in exchange for compensation owed to you, you may participate in this collective action and you may be eligible to receive liquidated and other damages.

3

## 10. Do I have a lawyer in this case?

Plaintiffs are represented by Marzec Law Firm, P.C. If you choose to join this lawsuit, Marzec Law Firm, P.C. will represent you on a contingent fee basis, meaning that you will not owe any attorneys' fees unless Plaintiffs are successful and win the case or obtain a settlement, in which case the Court will determine the amount of attorneys' fees to be paid.

You do not have to be represented by Marzec Law Firm, P.C. and may instead hire another attorney of your choosing, at your own expense, or represent yourself *pro se* without the assistance of a lawyer. If you intend to represent yourself, you should indicate this on the Consent to Join Lawsuit form. If you send back your form but do not indicate your intent to retain your own lawyer or represent yourself, the Court will assume that you have selected Marzec Law Firm, P.C. to represent you.

The Plaintiffs in this case are represented by:

Darius A. Marzec, Esq.
Marzec Law Firm, P.C.
776A Manhattan Ave, Suite 104
Brooklyn, NY 11222
718-609-0303
dmarzec@marzeclaw.com

The Defendants in this case are represented by:

Brian J. Shenker, Esq.
Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, NY 11747
631-247-4671
Brian.Shenker@jacksonlewis.com

## 11. Has the Court made any determinations in this action?

The Court has not yet ruled on whether Plaintiffs' claims or Defendants' defenses have any merit.

### PLEASE DO NOT CALL THE COURT ABOUT THIS NOTICE

If you have any questions, you may contact Plaintiffs' attorney, Darius A. Marzec, Esq., at (718) 609-0303 or by email at dmarzec@marzeclaw.com

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAROL ZIMNICKI and DAWID ZIMNICKI
individually and on behalf of all other persons similarly
situated,

                      Plaintiffs,                    Case No.: 1:21-cv-04634 (RPK) (JRC)

    - against -

KRYSIAK CONSTRUCTION CORP., BOGUSLAWA
KRYSIAK, MAREK WUJCIK, and ARKADIUSZ
MAKOWSKI.

                      Defendants.
------------------------------------------------------------------X

## CONSENT TO JOIN FORM

1.      I consent to be a party plaintiff in this lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b), and the New York Labor Law.

2.      I elect to be represented by Marzec Law Firm, P.C. I authorize Marzec Law Firm, P.C. and Plaintiffs KAROL ZIMNICKI and DAWID ZIMNICKI (collectively "Plaintiffs") to make decisions on my behalf concerning the litigation and settlement of this matter, including the settlement of all federal and state law claims asserted in Plaintiffs' Complaint in this matter.

*[If you do not wish to be represented Marzec Law Firm, P.C., please cross out paragraph 2 above and indicate below that you will be represented by (1) another attorney of your choosing who shall promptly file a notice of appearance on your behalf; or (2) yourself, pro se.]*

_____

_____    Address:  _____
Signature

                          _____

_____    Social Security No.:  _____
Full Legal Name (print)

Date of Birth: _____  Location of Employment: _____

Telephone Number: _____

Email Address: _____  Dates of Employment: _____

                          _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KAROL ZIMNICKI and DAWID ZIMNICKI individually
and on behalf of all other persons similarly situated,          Case No.: 1:21-CV-04634 (RPK) (JRC)

                                    Plaintiffs,

    - against -

KRYSIAK CONSTRUCTION CORP.,
BOGUSLAWA KRYSIAK, MAREK WUJCIK
and ARKADIUSZ MAKOWSKI,

                                    Defendants.
-------------------------------------------------------------------------X

### REMINDER – DEADLINE TO JOIN FLSA LAWSUIT IS [INSERT DATE - 60 DAYS FROM MAILING OF INITIAL NOTICE]

You are receiving this Reminder Notice because you worked for KRYSIAK CONSTRUCTION CORP. ("Corporate Defendant") at any time between August 17, 2018, and the present.

The attached "Notice of Lawsuit" was previously mailed to you on or around [*insert date*].

This Reminder Notice is to remind you that the deadline to opt-in to the Plaintiffs' Fair Labors Standard Act ("FLSA") lawsuit against Krysiak Construction Corp., Boguslawa Krysiak, Marek Wujcik and Arkadiusz Makowski (collectively "Defendants") concerning unpaid wages is [*60 days from mailing of initial notice*].

If you want to participate in the lawsuit, you must:

1.  Complete and Sign the attached "Consent to Join" Form; and return it to:

Clerk of Court
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

The Court has not yet ruled on whether Plaintiffs' claims or Defendants' defenses have any merit.

PLEASE DO NOT WRITE OR CALL THE COURT ABOUT THIS NOTICE.

4883-7106-1831, v. 1