# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4671
MY EMAIL ADDRESS IS: BRIAN.SHENKER@JACKSONLEWIS.COM

January 17, 2024

**VIA ECF**

Honorable James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Karol Zimnicki et al. v. Krysiak Construction Corp.*
>       *et al.*
>       Civil Case No.:  21-CV-04634 (RPK)(JRC)

Dear Judge Cho:

This law firm represents Defendants in the above-referenced action. Given the technological issues Defendants had when filing their January 5, 2024 letter (ECF No. 51), Defendants now submit the proper exhibits to that letter.  Attached as Exhibit A is a copy of the correspondence received by putative opt-in Papal Tercjak from Plaintiffs' counsel.  Attached as Exhibit B is a copy of the Email correspondence between the undersigned and Plaintiffs' counsel referred to in Defendants' January 5ᵗʰ letter.

We look forward to discussing related issues at tomorrow's conference.

Respectfully submitted,

JACKSON LEWIS P.C.

*Brian J. Shenker*

Brian J. Shenker

cc:    All counsel (via ECF)

4895-1712-6814, v. 1

# EXHIBIT A

# Marzec Law Firm, P.C.

Darius A. Marzec Is Licensed To Practice Law In:  New York
New Jersey • Connecticut • Massachusetts • Pennsylvania
Washington, D.C. • Illinois • Florida • California • Hawaii

**BROOKLYN OFFICE**
776A Manhattan Ave., Ste 104
Brooklyn, NY 11222
Phone: (718) 609-0303
Facsimile (718) 841-7508
dmarzec@marzeclaw.com

**Via First Class Mail**

February 7, 2023

Papal Tercjak
441 S 16th Street
Lindenhurst, NY 11757

Re:    Zimnicki et al., vs. Krysiak Construction Corp., et al.
Case No.: 21-cv-04634 (RPK) (JRC)

Dear Mr.Tercjak:

Enclosed please find Notice of Lawsuit and Consent to Join Form. If you would like to be a part of the lawsuit against Krysiak Construction Corp., please sign and send back the Consent Form in the enclosed, self-addressed, stamped envelope.

Sincerely,

/s/ Darius A. Marzec

Darius A. Marzec

DM:aj
CC:    File
Encl.    Notice of Lawsuit, Consent to Join Form, Envelope

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KAROL  ZIMNICKI  and  DAWID  ZIMNICKI
individually and on behalf of all other persons similarly
situated,

                                  Case No.: 1:21-cv-04634 (RPK) (JRC)

                  Plaintiffs,

    - against -

KRYSIAK CONSTRUCTION CORP., BOGUSLAWA
KRYSIAK, MAREK WUJCIK, and ARKADIUSZ
MAKOWSKI.

                  Defendants.
------------------------------------------------------------------X

## NOTICE OF LAWSUIT. YOUR LEGAL RIGHTS MAY BE AFFECTED

If you worked as construction worker for KRYSIAK CONSTRUCTION CORP. ("Corporate Defendant") at any time between August 17, 2018, through the present, please read this Notice.

### THIS IS NOT A SOLICITATION FROM A LAWYER.

- Plaintiffs KAROL ZIMNICKI and DAWID ZIMNICKI (collectively "Plaintiffs") are former employees of the Corporate Defendant.

- Plaintiffs brought a lawsuit against Defendants on behalf of themselves and other current and former employees of the Corporate Defendant claiming, among other things, that they have not received all of the compensation that they are owed from Corporate Defendant and that Corporate Defendant failed to pay them overtime wages for all hours worked, in violation of the federal Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"). Corporate Defendant denies the claims in this lawsuit.

- The Court has permitted the parties to this lawsuit to send out this Notice. The Court has not decided who is right or who is wrong.

- Your legal rights may be affected, and you now have a choice to make.



| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| ASK TO BE INCLUDED | If you choose to be included in this collective action, you must complete the Consent form at the end of this Notice. If you choose to join this lawsuit, you may then share in any proceeds from a settlement or judgment if those bringing the claims are successful and will be bound by any ruling, settlement, or judgment whether favorable or unfavorable. You give up any rights to separately sue the Corporate Defendant for the same legal claims asserted in this lawsuit. |
| DO NOTHING | By doing nothing, you will not be included in this lawsuit and you will not share in any proceeds from a settlement or judgment if those bringing the claims are successful, but you will maintain any right you have to separately sue the Corporate Defendant. If you choose not to join this lawsuit, you will not be bound by any ruling, settlement, or judgment whether favorable or unfavorable. |

Below are answers to some of the questions you may have.

1. **Why did I get this Notice?**

You are getting this Notice because the Corporate Defendant's records show that you may have worked for them at some point between August 17, 2015, through the present. This Notice explains that the Court has authorized Plaintiffs to proceed with a collective action lawsuit under the FLSA and the NYLL.

2. **What is a collective action and who is involved?**

In a collective action lawsuit, one or more persons brings a lawsuit on behalf of others who have similar claims under the FLSA. The individuals who brought this lawsuit are called the Plaintiffs. The corporate entity (Krysiak Construction Corp.) and individuals (Boguslawa Krysiak, Marek Wujcik and Arkadiusz Makowski) who are being sued are called the Defendants.

3. **What is this collective action lawsuit about?**

Plaintiffs allege that Corporate Defendant's compensation practices violated federal and New York law. Plaintiffs claim that they were not compensated for hours worked over forty (40) hours a week at a rate of pay of one and a half times the regular hourly rate. Plaintiffs claim that they and others who worked for Corporate Defendant are entitled to unpaid wages, overtime wages, liquidated damages, attorneys' fees and costs.

4. **What is the purpose and effect of this notice?**

This Notice is for the sole purpose of determining those persons who wish to be involved in this case. If you choose to join this lawsuit, you may share in any settlement or judgement if the

2



Plaintiffs are successful, and will be bound by any ruling, settlement, or judgment whether favorable or unfavorable. There is no guarantee that money or benefits will ever be obtained in this action.

**5. How do I join this collective action lawsuit?**

To participate in this lawsuit, you need to read, fill out, and sign the enclosed "Consent to Join Lawsuit" form ("Consent to Join") and mail it in the enclosed, postage-paid envelope to Plaintiffs' attorneys. Should the enclosed envelope be lost or misplaced, the Consent to Join form can be sent to:

Clerk of Court
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

The signed Consent to Join must be postmarked no later than 60 days from mailing of this notice. If your signed Consent to Join is not sent within 60 days from the mailing of this notice, you may not be allowed to participate in this lawsuit.

**6. If I choose to joint this lawsuit, will I have to participate in any legal proceeding?**

If you choose to join this lawsuit, you will likely be required to provide information and answer questions relating to your employment with the Corporate Defendant. You may be required to testify at a deposition or at trial, respond to written questions, and produce documents relevant to the case. For this reason, if you join the lawsuit, you should preserve all documents currently in your possession relating to your employment with the Corporate Defendant. Plaintiffs' attorneys will assist you with those requirements.

**7. What if I do nothing at all?**

If you do nothing, you will not be included in this lawsuit and you will not be affected by any settlement or judgment rendered in this case, whether favorable or unfavorable. The statute of limitations period on your claim will continue to run.

**8. Can I participate in this collective action lawsuit regardless of my immigration status?**

Yes. You have a right to participate in this action regardless of your immigration status.

**9. Can I participate in this collective action if I signed a release of my claims in order to obtain compensation?**

Yes. If you signed a release of claims at any time from August 17, 2021, to the present in exchange for compensation owed to you, you may participate in this collective action and you may be eligible to receive liquidated and other damages.

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KAROL ZIMNICKI and DAWID ZIMNICKI
individually and on behalf of all other persons similarly
situated,

Plaintiffs,                    Case No.: 1:21-cv-04634 (RPK) (JRC)

- against -

KRYSIAK CONSTRUCTION CORP., BOGUSLAWA
KRYSIAK, MAREK WUJCIK, and ARKADIUSZ
MAKOWSKI,

Defendants.
-------------------------------------------------------------X

## CONSENT TO JOIN FORM

1.      I consent to be a party plaintiff in this lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b), and the New York Labor Law.

2.      I elect to be represented by Marzec Law Firm, P.C. I authorize Marzec Law Firm, P.C. and Plaintiffs KAROL ZIMNICKI and DAWID ZIMNICKI (collectively "Plaintiffs") to make decisions on my behalf concerning the litigation and settlement of this matter, including the settlement of all federal and state law claims asserted in Plaintiffs' Complaint in this matter.

*[If you do not wish to be represented Marzec Law Firm, P.C., please cross out paragraph 2 above and indicate below that you will be represented by (1) another attorney of your choosing who shall promptly file a notice of appearance on your behalf; or (2) yourself, pro se.]*

_____

_____          Address:      _____
Signature

                                                       _____

_____          Social Security No.: _____
Full Legal Name (print)

Date of Birth: _____          Location of Employment: _____

Telephone Number: _____          _____

Email Address: _____   Dates of Employment: _____

                                                       _____

# EXHIBIT B



## Brian J. Shenker
Attorney at Law

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Direct: (631) 247-4671
Brian.Shenker@jacksonlewis.com | www.jacksonlewis.com

**From:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Sent:** Thursday, January 4, 2024 12:55 PM
**To:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** RE: Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Jerome,

I just left a message at your office.



## Brian J. Shenker
Attorney at Law

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Direct: (631) 247-4671
Brian.Shenker@jacksonlewis.com | www.jacksonlewis.com

**From:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Sent:** Thursday, January 4, 2024 12:15 PM
**To:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>

**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Brian – I have no idea what you are talking about. Why would my office send out one notice and consent form with a cover letter when your client provided addresses for at least 12 potential opt-in plaintiffs? And you signed a joint letter filed with the Court regarding approval of the text message and notice and consent forms for potential opt-in plaintiffs for which your client did not have addresses but only phone numbers? I am available tomorrow afternoon to meet and confer.

Jerome Noll, Esq.
Marzec Law Firm, P.C.
(718) 609-0303

**From:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Sent:** Thursday, January 4, 2024 11:30 AM
**To:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** RE: Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Jerome,

I've been able to connect with my client since our last discussion.  I need to advise you that I have a copy of a cover letter from your firm and what appears to be a notice and consent to join form. It was sent to Papal Tercjak on February 7, 2023.  You previously represented your firm did not send out notice, which of course it should not have because it was not approved by the Court (nor has it been). Further, your office sent a cover letter, which also was not approved by the Court and which Plaintiffs did not even seek permission to send.

We'll address this with the Court by Friday. Let me know if you'd like to discuss.



## Brian J. Shenker
Attorney at Law

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Direct: (631) 247-4671
Brian.Shenker@jacksonlewis.com | www.jacksonlewis.com

**From:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Sent:** Tuesday, January 2, 2024 11:39 AM
**To:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Brian – I do not have any objection to your client responding to Plaintiff's letter to the Court regarding the Joint Letter filed on December 28, 2022 to this Friday. Your client's deadline to respond to written discovery, however, has passed and Defendants are in default.

Jerome Noll, Esq.
Marzec Law Firm, P.C.
(718) 609-0303

---

**From:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Sent:** Tuesday, January 2, 2024 9:25 AM
**To:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** RE: Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Jerome,

My clients were away for the holidays – I expect to connect with them later today or tomorrow at the latest. Would you agree to push back defendants' time to respond to plaintiffs' letter until Friday? I need to speak with them before responding.

Thanks for your understanding.

Brian



## Brian J. Shenker
### Attorney at Law

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Direct: (631) 247-4671
Brian.Shenker@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Sent:** Friday, December 29, 2023 11:32 AM
**To:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)


Brian – as discussed this morning during our telephonic meet and confer, Notices and the text message have not been sent out to any potential opt-in plaintiffs and the letter filed this week with the Court by Plaintiffs was to remind the Court that a joint letter motion filed on December 28, 2022 was never ruled upon. I need your client to provide a date certain when responses to outstanding written discovery will be produced next week. Thank you.

Jerome Noll, Esq.
Marzec Law Firm, P.C.
(718) 609-0303

---

**From:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Sent:** Friday, December 29, 2023 10:56 AM
**To:** Jerome Noll <jerome.noll@marzec.myfirm.pro>

**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** RE: Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Hi Jerome,

I just want to confirm our conversation this morning for the sake of clarity, given the number of emails back and forth of the past day or two.  You stated that Plaintiffs have not yet sent notice to any putative opt-in (this includes both the individuals who would receive a mailing and the individuals who would receive a text message).  The reminder letter filed with the Court this week, then pertains to sending notice to all putative opt-ins.

As to mediation, Defendants will provide their responses next week to the Court's discovery requests.

Can you please confirm, I just want to be clear when I'm going back to my client.

Thanks,



**Brian J. Shenker**
Attorney at Law

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Direct: (631) 247-4671
Brian.Shenker@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Sent:** Friday, December 29, 2023 10:20 AM
**To:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** RE: Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

I can speak at 10:30. 631-247-4671.



**Brian J. Shenker**
Attorney at Law

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Direct: (631) 247-4671
Brian.Shenker@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Sent:** Friday, December 29, 2023 10:00 AM
**To:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Brian – Are you available for a telephonic meet and confer? Yesterday morning you indicated that you are available between 9 – 10 am today but never replied to my emails.

Jerome Noll, Esq.
Marzec Law Firm, P.C.
(718) 609-0303

---

**From:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Sent:** Friday, December 29, 2023 8:30 AM
**To:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** Re: Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Jerome,

The issue (at least a main issue) is the Notice was not approved by the Court. Defendants' consent is not equivalent to Court-approved notice – far from it.

Again, please provide the following information that I've requested: (1) when did Plaintiffs send notice; (2) to whom was notice sent; (3) by what method was notice sent; (4) provide a copy of what was sent to each putative opt-in; and (5) account for any and all communications (written or verbal) with putative opt-ins since December 28, 2022.

Thanks,

Brian

---



## Brian J. Shenker
### Attorney at Law

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Direct: (631) 247-4671
Brian.Shenker@jacksonlewis.com | www.jacksonlewis.com

**From:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Sent:** Thursday, December 28, 2023 12:35:37 PM
**To:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Cc:** dmarzec@marzeclaw.com <dmarzec@marzeclaw.com>; DM <dariusmarzec@gmail.com>
**Subject:** Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)



Brian – if you review the docket you will notice that there are no consents filed from any potential opt-in plaintiffs. You will also notice that we filed a joint letter motion on December 28, 2022. If you review the joint letter motion you will notice that you signed it, approved its content and approved the attached proposed text message and Notices to potential opt-in plaintiffs. You still have not answered my question from two days ago, from yesterday and from today: what is your issue with the joint letter motion you reviewed, approved and signed?

Jerome Noll, Esq.
Marzec Law Firm, P.C.
(718) 609-0303

---

**From:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Sent:** Thursday, December 28, 2023 11:56 AM
**To:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** RE: Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Jerome,

I quote from the below docket entry: "authorizes plaintiffs to disseminate the final approved opt-in consent forms via first class mail and email within two week of the Court's approval of the final version of both documents."  Simply, Plaintiffs sent out notice that was not approved by the Court.  The letter filed yesterday seeks that very authorization that was sought in the letter application in December 2022, that the Court ruled upon.  This notice process must be court supervised/approved. It appears that Plaintiffs unilaterally decided they did not need Court approval and have sent out notice that was not approved (and without even notifying defendants that they unilaterally did so). Also to note, Plaintiffs' December 27, 2023 letter does not state that notices were mailed without Court approval and that the application applies only to text messages (it actually addresses notices for both mailing and text).

Again, can you provide a response to #2 below (when did Plaintiffs send notice? To whom did they send notice? By what method? Were any signed consents received by your office? And please provide a precise copy of what was sent to each putative opt-in?)?



**Brian J. Shenker**
Attorney at Law

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Direct: (631) 247-4671
Brian.Shenker@jacksonlewis.com | www.jacksonlewis.com

**From:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Sent:** Thursday, December 28, 2023 11:35 AM
**To:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)



Brian – See docket entry below granting Plaintiffs' Motion for a conditional collective class and approving the Notices attached as exhibits to the motion. The Court defined the class and the Notices comply with the Order. You then sent us a list of potential opt-in plaintiffs, some with addresses and others with only phone numbers. The issue then arose how to text the Notices to those opt-in plaintiffs with phone numbers. We had multiple meet and confers and settled on the language of the text message to accompany the Notices. On December 28, 2022, we filed a joint letter motion seeking approval of the text message only. The Notices were no different than the Notices already approved by the Court in its Order granting Plaintiffs' motion. What is your client's issue with a joint letter motion that you signed off on and that we are awaiting a decision by the Court? Did you suddenly change your mind about the wording of the text message after agreeing to it one year ago?

| 09/27/2022 | 33 | MEMORANDUM AND ORDER granting in part and denying in part [DE 14 ] Motion to Certify FLSA Collective Action and to Facilitate Notice under 29 U.S.C. sec. 216(b). For the reasons detailed in the attached Memorandum and Order, the Court: (1) conditionally certifies plaintiffs' proposed FLSA collective; (2) permits Court-supervised notice to employees or former employees of the defendants, who worked as construction workers at any point on or after August 17, 2018; (3) directs defendants to produce, by October 11, 2022, the names of such employees, locations of employment, positions held, and last known addresses, cell phone numbers, and email addresses; (4) authorizes plaintiffs to disseminate the final approved opt-in consent forms via first class mail and email within two week of the Court's approval of the final version of both documents; and (5) permits plaintiffs to send the final Court-approved reminder notice via first class mail and email 30 days after service of the first notice. The opt-in period ends 60 days from the date the Court approves the final Notice and Consent form. See attached M&O. Ordered by Magistrate Judge James R. Cho on 9/27/2022. (Beckham, Joshua) (Entered: 09/27/2022) |
|---|---|---|

Jerome Noll, Esq.
Marzec Law Firm, P.C.
(718) 609-0303

**From:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Sent:** Thursday, December 28, 2023 11:07 AM
**To:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** RE: Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Jerome,

I'd ask that you explain the following:

1. Why does Plaintiffs' December 28, 2022 letter request the following relief if you contend notice was already approved: "Accordingly, the parties respectfully request that the Court approve the three (3) enclosed Notices and one text message which will be served upon five (5) prospective class members and the Notice only upon seven (7) prospective collective class members by first-class mail at the addresses provided by Defendants' counsel." See ECF Doc No. 44.

2. When did Plaintiffs sent notice? To whom did they send notice? By what method? Were any signed consents received by your office? And please provide a precise copy of what was sent to each putative opt-in?



## Brian J. Shenker
Attorney at Law

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Direct: (631) 247-4671
Brian.Shenker@jacksonlewis.com | www.jacksonlewis.com

**From:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Sent:** Thursday, December 28, 2023 9:57 AM
**To:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)



Brian – you are wrong. The prior Notices were in fact Court approved and the issue we encountered was that your client did not have addresses for certain of the potential opt-in plaintiffs and only their phone numbers. The joint letter filed one year ago was to obtain Court approval to text the Notices to these opt-in plaintiffs. Your client is now in violation of two Court Orders: responses to discovery which were due yesterday and refusal to attend Court ordered mediation that has already been scheduled.

Jerome Noll, Esq.
Marzec Law Firm, P.C.
(718) 609-0303

**From:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Sent:** Thursday, December 28, 2023 9:39 AM
**To:** Jerome Noll <jerome.noll@marzec.myfirm.pro>

**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** RE: Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Tomorrow around 9 or 10 works best.

I have come to learn that Plaintiffs have previously sent out notices to putative opt-ins that were obviously not approved by the Court.  Not only is that alone hugely problematic, but now Plaintiffs are seeking Court approval to send out notice (an admission, though not one was needed, that the previously sent out notices were not Court authorized), for a second time.  Any response to this?



## Brian J. Shenker
Attorney at Law

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Direct: (631) 247-4671
Brian.Shenker@jacksonlewis.com | www.jacksonlewis.com

**From:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Sent:** Thursday, December 28, 2023 9:25 AM
**To:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)



Brian – I asked you yesterday what issues you have with a letter reminding the Court that a joint letter that was filed one year ago has not been decided. You did not reply and still have not told me why. What time tomorrow are you available?

Jerome Noll, Esq.
Marzec Law Firm, P.C.
(718) 609-0303

**From:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Sent:** Wednesday, December 27, 2023 11:56 PM
**To:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** RE: Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

I wanted to discuss this issue before you filed the letter. Please let me know when you are available to speak on Friday.

At this point, it does not appear that Defendants can proceed with mediation. This is due to reasons that will be addressed in Defendants' response to Plaintiffs' letter and which we can discuss on Friday.



### Brian J. Shenker
Attorney at Law

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Direct: (631) 247-4671
Brian.Shenker@jacksonlewis.com | www.jacksonlewis.com

**From:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Sent:** Wednesday, December 27, 2023 1:30 PM
**To:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)



Brian – it is a letter reminding the Court that it never decided the joint letter motion filed one year ago. What exactly is your objection to the letter? Plaintiffs will file the letter but not as a joint letter.

Jerome Noll, Esq.
Marzec Law Firm, P.C.
(718) 609-0303

**From:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Sent:** Wednesday, December 27, 2023 12:48 PM
**To:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** RE: Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Jerome,

Defendants very much object to Plaintiffs filing this letter jointly, as well as on behalf of Plaintiffs only. I'm available to confer on this issue tomorrow or Friday. Let me know some times that work.

Brian



## Brian J. Shenker
Attorney at Law

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Direct: (631) 247-4671
Brian.Shenker@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Jerome Noll <jerome.noll@marzec.myfirm.pro>
**Sent:** Wednesday, December 27, 2023 10:26 AM
**To:** Shenker, Brian J. (Long Island) <Brian.Shenker@jacksonlewis.com>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)



Brian – Do you have any changes to the proposed joint letter? If I do not hear from I will file it as a letter from Plaintiffs only.

Jerome Noll, Esq.
Marzec Law Firm, P.C.
(718) 609-0303

---

**From:** Jerome Noll
**Sent:** Tuesday, December 26, 2023 6:28 PM
**To:** 'Shenker, Brian J. (Long Island)' <Brian.Shenker@jacksonlewis.com>
**Cc:** dmarzec@marzeclaw.com; DM <dariusmarzec@gmail.com>
**Subject:** Zimnicki et al. v. Krysiak Construction, Corp. et al.; Case No.: 1:21-cv-4634 (RPK) (JRC)

Brian – Please see letter to Magistrate Judge James R. Cho following up on our joint letter motion, dated December 28, 2022, seeking approval of the revised Notices and a proposed text message to potential opt-in plaintiffs. Please contact me with any changes and comments. Thank you.

Jerome Noll, Esq.
Marzec Law Firm, P.C.
776A Manhattan Ave, Suite 104
Brooklyn, NY 11222
(718) 609-0303
jerome.noll@marzec.myfirm.pro