# MARZEC LAW FIRM, P.C.

DARIUS A. MARZEC IS LICENSED TO PRACTICE LAW IN: NEW YORK
NEW JERSEY • CONNECTICUT • MASSACHUSETTS • PENNSYLVANIA
WASHINGTON, D.C. • ILLINOIS • FLORIDA • CALIFORNIA • HAWAII

**BROOKLYN OFFICE**
776A Manhattan Ave., Ste 104
Brooklyn, NY 11222
Phone: (718) 609-0303
Facsimile (718) 841-7508
dmarzec@marzeclaw.com

**Via ECF**

January 29, 2024

Honorable James R. Cho
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Zimnicki et al., vs. Krysiak Construction Corp., et al.
      Case No.: 21-cv-04634 (RPK) (JRC)

Dear Magistrate Judge Cho:

This office represents Plaintiffs KAROL ZIMNICKI and DAWID ZIMNICKI (collectively "Plaintiffs") in the above-referenced matter. Pursuant to Section F(4) of Your Honor's Individual Practices and Local Civil Rules 37(a)(1) and 37.3(c), we submit this joint letter motion pursuant to this Court's Minute Order, entered on January 22, 2024 ("Order"), denying approval of the revised Notice and Consent forms. This letter motion attaches the final version of the Notice and Consent forms for Court approval incorporating all of the Court's ordered amendments to the Notice in paragraphs 3, 4 and 5. A proposed text message is also attached to allow dissemination via text of the Notice and Consent forms to five of the twelve prospective opt-in plaintiffs. As directed by the Court's Order, we met-and-conferred with Brian J. Shenker, Esq., Jackson Lewis P.C., counsel for Defendants KRYSIAK CONSTRUCTION CORP., BOGUSLAWA KRYSIAK, MAREK WUJCIK, and ARKADIUSZ MAKOWSKI (collectively "Defendants") by email and phone to reach agreement on the final versions of the Notice and Consent forms and text message. The proposed final Notice and Consent forms along with the proposed text message are attached hereto for approval by the Court.

Accordingly, the parties respectfully request that the Court approve the enclosed revised Notice and Consent forms and text message which will be served upon twelve potential opt-in plaintiffs, five (5) by text and seven (7) by first-class mail at the addresses provided by Defendants' counsel.

Respectfully,

/s/ Jerome Noll
Jerome Noll, Esq.

/s/ Brian J. Shenker
Brian J. Shenker, Esq.
Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, NY 11747