UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
KAROL   ZIMNICKI   and   DAWID   ZIMNICKI
individually and on behalf of all other persons similarly
situated,

                Plaintiffs,                      Case No.: 1:21-cv-04634 (RPK) (JRC)

    - against -

KRYSIAK CONSTRUCTION CORP., BOGUSLAWA
KRYSIAK, MAREK WUJCIK, and ARKADIUSZ
MAKOWSKI.

                Defendants.
----------------------------------------------------------------------X

## CONSENT TO JOIN FORM

1.      I consent to be a party plaintiff in this lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216 *et seq.*

2.      I elect to be represented by Marzec Law Firm, P.C. I authorize Marzec Law Firm, P.C. and Plaintiffs KAROL ZIMNICKI and DAWID ZIMNICKI (collectively "Plaintiffs") to make decisions on my behalf concerning the litigation and settlement of this matter, including the settlement of all federal and state law claims asserted in Plaintiffs' Complaint in this matter.

*[If you do not wish to be represented Marzec Law Firm, P.C., please cross out paragraph 2 above and indicate below that you will be represented by (1) another attorney of your choosing who shall promptly file a notice of appearance on your behalf; or (2) yourself, pro se.]*

_____

_____      Address:     _____
Signature

                                           _____

_____
Full Legal Name (print)

Location of Employment: _____

Telephone Number: _____

Email Address: _____  Dates of Employment: _____

                                         _____