This text message is authorized by the United States District Court for the Eastern District of New York because we do not have your mailing address. This text contains an attached notice that you should review. This case involves an alleged nonpayment of wages and overtime wages under the Fair Labor Standards Act. Defendants deny violating the Fair Labor Standards Act or any other law. The Court has not decided who is right or wrong. The Court has granted conditional certification of a collective class allowing other Krysiak Construction Corp. workers the opportunity to join this case. If you decide to participate, you may be entitled to a judgment for unpaid wages and other damages. A Notice about the action is attached herein. If you would like to discuss participating in this action, please call Plaintiffs' counsel, Darius A. Marzec, Esq., at (718) 609-0303 to provide an address where we can send you the Notice as well as the Consent to Join form. If you prefer, you can also respond to this text message with your mailing address only. We would need to get your mailing address to send you a hard copy of the forms that you can sign and return to join the lawsuit.