UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KAROL ZIMNICKI and DAWID ZIMNICKI,
individually and on behalf of all other persons
similarly situated,

        Plaintiffs,

      -against-

KRYSIAK CONSTRUCTION CORP.,
BOGUSLAWA KRYSIAK, MAREK
WUJCIK and ARKADIUSZ MAKOWSKI,

        Defendants.
-----------------------------------------------------------X

Case No.: 1:21-cv-04634 (RPK)(JRC)

## STIPULATION OF DISSMISAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and Defendants (collectively "parties") through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party. This Court retains jurisdiction over any claims which might arise in connection with the parties' Settlement Agreement.

/s/ Jerome Noll
Jerome Noll, Esq.
Marzec Law Firm, P.C.
776A Manhattan Ave, Suite 104
Brooklyn, New York 11222
jerome.noll@marzec.myfirm.pro

/s/ Brian J. Shenker (on consent)
Brian J. Shenker, Esq.
Jackson Lewis, LLP
58 South Service Rd, Suite 250
Melville, New York 11747
brian.shenker@jacksonlewis.com

**SO ORDERED** on this __15__ day of __April_____, 2025.

S/ James R. Cho, U.S.M.J.